IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KEITH HENDERSON,**

    **Plaintiff,**

v.                                             Case No. 1:24-cv-42-AW-MAF

**WADE MERCER, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation (ECF No. 6), and I have considered de novo Plaintiff's objections (ECF No. 7). I now adopt the report and recommendation and incorporate it into this order.

The motion for leave to proceed *in forma pauperis* (ECF No. 2) and the motion to transfer (ECF No. 4) are DENIED. The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)." The clerk will then close the file.

SO ORDERED on March 15, 2024.

                                                    s/ *Allen Winsor*
                                                    United States District Judge